UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
RENY RIVERO,

                Plaintiff,

-against-

ERIN SERVICES, CO. LLC, and
ELTMAN, ELTMAN, & COOPER,

                Defendants.
-----------------------------------------------------X

**ORDER**
**11 CV 3756 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court granted plaintiff's application to proceed in *forma pauperis* and directed the United States Marshal Service to serve defendants. Docket entry # 3. However, the complaint fails to provide service addresses for defendants. It is plaintiff's responsibility to provide the Court with the addresses where defendants can be served with process. Plaintiff should review Federal Rule of Civil Procedure 4(h) regarding service and shall provide service addresses for defendants by December 15, 2011.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: November 16, 2011
       Brooklyn, New York

